## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **TERAH CAKEEM MORRIS,** | ) | **Civil Action No. 7:13-cv-00076** |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By:** **Norman K. Moon** |
| **UNKNOWN,** | ) | **United States District Judge** |
| **Defendant(s).** | ) | |

Terah Cakeem Morris, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. An order was entered on February 26, 2013, directing plaintiff to submit, within 10 days from the date of the order, a signed copy of his complaint, financial information to determine a schedule of payments, and an executed verified statement with supporting documentation. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions or to communicate with the court at all. Accordingly, this case is dismissed without prejudice and is stricken from the court's active docket. An appropriate order accompanies this memorandum opinion. Plaintiff may re-file the claims in a separate complaint once plaintiff is prepared to comply with the filing requirements.

The Clerk of the Court will send a copy of this memorandum opinion and the accompanying order to plaintiff.

ENTERED this ___27th___ day of March, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE