IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERAH CAKEEM MORRIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00076 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| UNKNOWN, | ) | By:    Norman K. Moon |
|     Defendant(s). | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** for plaintiff's failure to comply, and the matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTERED this __27th__ day of March, 2013.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE